# United States District Court
**Middle District of Georgia**

**UNITED STATES OF AMERICA**

Vs. | **JUDGMENT IN A CRIMINAL CASE**
(FOR REVOCATION OF PROBATION)

**LEWIS M. CLAY,** | NO. 5: 07-MJ-07-03 (CWH)

Defendant | Christopher Brian Jarrard
Defendant's Attorney

The above-named defendant having this day been found by the undersigned to have violated CONDITIONS OF PROBATION imposed upon him by the undersigned in the above-captioned proceeding on December 3, 2007, as alleged in the **(AMENDED) PETITION FOR ACTION ON PROBATION** filed March 24, 2008, by U.S. Probation Officer Donald L. Coneway, Sr., said sentence of probation is now REVOKED, and he is **RESENTENCED** as hereinafter set out, the court finding the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Failing to File Monthly Reports | 2/2008 |
| 2 | Driving on Suspended License Houston County, Georgia | 2/16/08 |
| 4 | Failing to make timely fine payments | 2/2008 |
| 6 | Driving on Suspended License Eastman, Georgia | 3/21/08 |

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment (if any) are fully paid.

**Defendant's Soc. Sec. No.:** ***-***-1737

April 7, 2008

Date of Imposition of Judgment

**Defendant's Date of Birth:** 1975

**Defendant's USM No.:** 93238-020

Signature of Judicial Officer

**Defendant's Residence Address:**

Warner Robins, GA 31088

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

Name and Title of Judicial Officer

**Defendant's Mailing Address:** Same

April 8, 2008

Date

# IMPRISONMENT

The court finds that the conditions of probation have been violated as outlined in Violations 1, 2, 4 and 6 of the **AMENDED PETITION FOR ACTION ON PROBATION** filed March 24, 2008.  Significantly, the undersigned finds that defendant Clay operated a motor vehicle on February 16, 2008, and March 21, 2008, while his operator's license was suspended, within only a few months after being sentenced in this court for the very same offense. Accordingly, the defendant's probation is **REVOKED**, and he is hereby committed to the **CUSTODY** of the UNITED STATES BUREAU OF PRISONS to be imprisoned for a period of **FOUR (4) MONTHS**. This sentence complies with the factors to be considered as set forth in 18 U.S.C. §3553(a) and adequately addresses the totality of circumstances. Any outstanding fine shall be paid by the defendant.

☐ The court makes the following recommendation to the BUREAU OF PRISONS:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at_____A.M./P.M. on_____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation/Pretrial Services Office.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2:00 P.M. on_____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation/Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____to_____

at_____, with a certified copy of this judgment.

_____
DEPUTY UNITED STATES MARSHAL

# United States District Court
## Middle District of Georgia
### MACON DIVISION

**UNITED STATES OF AMERICA**

**Vs.**

NO. 5:07-MJ-07-03 (CWH)

**LEWIS M. CLAY,**

Defendant

## STATEMENT OF REASONS

For ADVISORY PURPOSES ONLY, the court has considered the factual findings and guideline application in the Revocation Report provided by the U. S. Probation Office. The sentence imposed herein is within the guideline range reflected below and that range does not exceed 24 months. The **GUIDELINE RANGE** considered may be summarized as follows:

**TOTAL OFFENSE LEVEL:** 6

**CRIMINAL HISTORY CATEGORY:** I

**IMPRISONMENT RANGE:** 3 to 9 months

**SUPERVISED RELEASE RANGE:** up to 1 year (if imprisonment imposed)

**FINE RANGE:** $500.00 to $5,000.00 plus cost of incarceration/supervision

☐ Fine waived or below the guideline range because of inability to pay.

**TOTAL AMOUNT OF RESTITUTION:** None

☐ The sentence imposed departs from the guideline range:

☐ upon motion of the government, as a result of defendant's substantial assistance

☐ for the following specific reason(s): sentence is consistent with explanations given by defendant as reasons for violations.

Dated at Macon, Georgia, this 8th day of APRIL, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE